1355-14
1356-14

COA #   02-13-00066-CR

OFFENSE: OTHER CRIMINAL

STYLE:   Mark Mabry v. The State of Texas

COUNTY:   Denton

COA DISPOSITION:   AFFIRM

TRIAL COURT:   362nd District Court

DATE: 09/11/2014          Publish: NO   TC CASE #:   F-2011-1709-D

**IN THE COURT OF CRIMINAL APPEALS**   1355-14

1356-14

STYLE:   Mark Mabry v. The State of Texas

CCA #:

PRO SE _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE:

___REFUSED_____

JUDGE:

DATE: __02/04/2015_____

SIGNED: _____          PC: _____

JUDGE: __Lee Curian_____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**